■ WILLIAM E. BURKHART, JR., Appellant-Respondent, v STEVEN V. MODICA et al., Respondents, and MERCURY PRINT PRODUCTIONS, INC., Respondent-Appellant. [922 NYS2d 219]—Motion for reargument, leave to appeal to the Court of Appeals, and other relief denied. Present—Centra, J.P., Sconiers, Green and Gorski, JJ.

■ CUSTOM TOPSOIL, INC., et al., Respondents, v CITY OF BUFFALO, Appellant. [922 NYS2d 219]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Peradotto, Carni, Lindley and Sconiers, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KUMAR S. JONES, Also Known as QUMAR JONES, Also Known as JESUS, Appellant. [922 NYS2d 219]—Motion for reargument denied. Present—Scudder, P.J., Smith, Green and Gorski, JJ.

■ SMALL BUSINESS LOAN SOURCE, LLC, Appellant, v 4 DOGS OF SYRACUSE, LLC, et al., Defendants. JOSEPH A. KESSLER, Nonparty Respondent. [922 NYS2d 219]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Peradotto, Carni, Green and Gorski, JJ.

■ IRIC BURTON, Appellant, v ANDREW C. MATTELIANO, M.D., et al., Respondents. [921 NYS2d 593]—Motion for reargument denied. Present—Scudder, P.J., Smith, Lindley, Green and Martoche, JJ.

■ In the Matter of ROBERT P. MEEGAN, JR., Individually and as President of Buffalo Police Benevolent Association, et al., Respondents, v BYRON W. BROWN, as Mayor of City of Buffalo, et al., Appellants. [922 NYS2d 218]—Motion for leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Fahey, Carni, Sconiers and Martoche, JJ.

■ In the Matter of JALEEL E.F. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; ERNEST F., Appellant, et al., Respondent. [922 NYS2d 219]—Motion for reargument denied. Present—Centra, J.P., Carni, Lindley, Green and Gorski, JJ.

■ DELIRIS DIAZ, Individually and as Parent and Natural Guardian of JOSE MARQUEZ-DIAZ, an Infant, Appellant, v LITTLE REMEDIES CO., INC., et al., Respondents. [922 NYS2d 219]— Motion for reargument denied. Present—Scudder, P.J., Fahey, Peradotto, Lindley and Martoche, JJ.